

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-11-00135-CV
_____

EAGLE LANDING HOMEOWNERS ASSOCIATION, INC., Appellant

V.

DALE LYLES, Appellee

On Appeal from the Fifth Judicial District Court
Cass County, Texas
Trial Court No. 09-C-310

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Eagle Landing Homeowners Association, Inc., the sole appellant in this case, has filed a motion seeking to dismiss its appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. TEX. R. APP. P. 42.1.

We dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted: January 25, 2012
Date Decided: January 26, 2012